IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lange, Edward P | Case Number: 08 B 02077 |
|---|---|---|
| | Lange, Kimberly A | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 1/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 30, 2008
Confirmed: April 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,390.00 |  |
| Secured: |  | 7,151.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 491.28 |
| Other Funds: |  | 1,747.21 |
| Totals: | 9,390.00 | 9,390.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rescap Mortgage | Secured | 13,217.52 | 6,204.79 |
| 2. | America's Servicing Co | Secured | 3,480.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 23,828.22 | 946.72 |
| 4. | Rescap Mortgage | Secured | 40,692.31 | 0.00 |
| 5. | America's Servicing Co | Secured | 9,063.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 580.81 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 21,133.50 | 0.00 |
| 8. | GMAC Auto Financing | Unsecured | 3,770.54 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 423.13 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 521.51 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 675.12 | 0.00 |
| 12. | Capital One Auto Finance | Unsecured | 14,716.59 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | American Collections & Credit | Unsecured | | No Claim Filed |
| 16. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 22. | Cbe Group | Unsecured | | No Claim Filed |
| 23. | First Premier | Unsecured | | No Claim Filed |
| 24. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 25. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lange, Edward P  
Lange, Kimberly A  
Printed: 11/25/08

Case Number: 08 B 02077  
Judge: Goldgar, A. Benjamin  
Filed: 1/31/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. American Collections & Credit | Unsecured | | No Claim Filed |
| 29. Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 30. Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| | | $ 132,102.25 | $ 7,151.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 27.02 |
| 6.5% | 464.26 |
| | $ 491.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

